**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **1. MARINDA INGRAM CALLOWAY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIV-14-664-D** |
| **v.** | ) | |
| | ) | |
| **1. CITY OF ALTUS, et al.,** | ) | |
| | ) | **ATTORNEYS LIEN CLAIMED** |
| **Defendants.** | ) | **JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, the Plaintiff, Marinda Ingram Calloway, dismisses her claims in the above styled and numbered action with prejudice. The parties shall bear their own costs and attorney fees.

Respectfully submitted this 3rd day of December, 2014.

s/Lauren W. Johnston
**JANA B. LEONARD, OBA # 17844**
**LAUREN W. JOHNSTON, OBA # 22341**
**LEONARD & ASSOCIATES, P.L.L.C.**
**8265 S. Walker**
**Oklahoma City, Oklahoma 73139**
**(405) 239-3800 (telephone)**
**(405) 239-3801 (facsimile)**
**leonardjb@leonardlaw.net**
**johnstonlw@leonardlaw.net**

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 3rd day of December, 2014, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Electronic Mail Notice List:     The following are those who are currently on the list to receive e-mail notices for this case.

Jana Beth Leonard    leonardjb@leonardlaw.net, dorfflert@leonardlaw.net

Lauren W Johnston    johnstonlw@leonardlaw.net, dorfflert@leonardlaw.net

(No manual recipients)

                                                      s/Lauren W. Johnston